# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>v.<br><br>THOMAS A. REILLY AKA THOMAS REILLY AKA THOMAS REILLY III; et al.<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 16-05704<br><br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, SHANNON BECKIER, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served THOMAS A. REILLY the above process on the 14 day of January, 2017, at 3:54 o'clock, PM, at 90 UPLAND TERRACE COLLINGDALE, PA 19023, County of Delaware, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age <u>56-60</u>   Height <u>6'</u>   Weight <u>240</u>   Race <u>WHITE</u>   Sex <u>MALE</u>   Hair <u>WHITE</u>
Military Status: ☑ No   ☐ Yes   Branch: _____

Commonwealth/State of __Pa__         )
                                      ) SS:
County of __Berks__                   )

Before me, the undersigned notary public, this day, personally, appeared ___Shannon Beckier___ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158083
Case ID #: 4773732

Subscribed and sworn to before me
this __18__ day of __Jan__, 20__17__

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017